United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

United States of America

-vs-                                                          Case No. 2:24-cr-167

Dustin Combs

COURTROOM MINUTES
Sentencing

| U.S. District Judge Algenon L. Marbley | | Date:   August 6, 2026 | |
|---|---|---|---|
| Deputy Clerk: | Maria Rossi Cook | Counsel for Government: | Emily Czerniejewski |
| Court Reporter: | Shawna Evans | Counsel for Defendant: | Stacey MacDonald and Soma Dutta |
| Interpreter: | | Pretrial/Probation: | Devin Sprankle |

Defendant sentenced to 240 months of imprisonment on Counts 1 and 2 of the Superseding Information to be served concurrently.

Defendant sentenced to 30 years of supervised release on Counts 1 and 2 of the Superseding Information to be served concurrently.

Forfeiture ordered as outlined in the Forfeiture Allegation of the Superseding Information; restitution ordered in the amount of $3,000.00; no fine imposed; special assessment of $200.00 applied.

Defendant remanded to the custody of the USMS.